# Appeal No. 25-1119

## UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

**BEENA SRINIVASAN,**
*Appellant and Debtor,*

v.

**MILESTONE FINANCIAL, LLC,**
*Appellee.*

On Appeal from the United States Bankruptcy Court
For the Northern District of California
*In re Beena Srinivasan* | Chapter 13 Case No. 25-bk-40627
Honorable William J. Lafferty

## STIPULATION TO EXTEND TIME TO FILE
## APPELLANT'S OPENING BRIEF AND EXCERPTS OF RECORD

**SALVATO BOUFADEL LLP**
Gregory M. Salvato (CA Bar No. 126285)
Joseph Boufadel (CA Bar No. 267312)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Tel: (213) 423-0931
Jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com

*Attorneys for Appellant*
**BEENA SRINIVASAN**

# STIPULATION TO EXTEND TIME TO FILE APPELLANT'S OPENING BRIEF AND EXCERPTS OF RECORD

Appellant and Debtor Beena Srinivasan ("**Srinivasan**") and Appellee Milestone Financial, LLC hereby enter into this stipulation to extend the deadline to **Monday, November 17, 2025**, for Appellant Srinivasan to file her opening appeal brief and excerpts of record in accordance with Rule 8018(a) of the Federal Rules of Bankruptcy Procedure and 9th Cir. BAP Rule 8018(a)-1, and respectfully represents as follows:

A. Under the current briefing schedule, Appellant's opening appeal brief and excerpts of record are due by October 17, 2025. (9th BAP Dkt. No. 6).

B. Appellant's opening brief and record were first due on August 18, 2025. (9th BAP Dkt. No. 2). Appellant, in pro per, had previously requested and been granted a 60-day extension. (*Id.*).

C. On October 7, 2025, counsel filed a *Notice of Appearance*, formally appearing in this appeal on behalf of the Appellant. (9th BAP Dkt. No. 7).

D. Shortly hereafter, and for the reasons stated in the forthcoming request, Appellant will file motions to consolidate Appellant's two related appeals pending before this Court: (1) *Beena Srinivasan v. Milestone Financial, LLC*, 9th BAP Appeal No. 25-1119; and (2) *Beena Srinivasan v. Milestone Financial, LLC*, 9th BAP Appeal No. 25-1156.

E. A similar stipulation to extend the time to file Appellant's opening brief and record to November 17, 2025, will also be filed in the related appeal (Appeal No. 25-1156), so that the briefing schedule is identical for both appeals.

F. Counsel for Appellee Milestone Financial has consented to this request for an extension of the briefing schedule. After a meeting of counsel on October 8, Appellee is also unopposed to Appellant's forthcoming request to consolidate the related appeals.

G. In light of counsel being retained and appearing recently in this appeal, the forthcoming motions to consolidate the related appeals to streamline the appeal process and to promote judicial economy and efficiency, and to reduce the cost and expense to the parties, and to provide counsel for Appellant sufficient time to prepare the opening brief(s) and excerpts of record, Appellant believes there will be no prejudice to the parties in granting this request.

H. Accordingly, respectfully requests a 30-day extension of time to Monday, November 17, 2025, for Appellant Srinivasan to file her opening appeal brief and excerpts of record.

**NOW, THEREFORE**, the following is hereby stipulated and agreed to by and among the parties:

//
//
//

1. Appellant Srinivasan shall have until **November 17, 2025**, to file her opening appeal brief and excerpts of record in this appeal.

**IT IS SO STIPULATED.**

Dated: October 8, 2025      SALVATO BOUFADEL LLP

By: */s/ Joseph Boufadel*

Joseph Boufadel
Gregory M. Salvato

Attorneys for Appellant
BEENA SRINIVASAN

Dated: October 8, 2025      KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.

By: [signature]

Eric Nyberg

Attorneys for Appellee
MILESTONE FINANCIAL, LLC

# CERTIFICATE OF RELATED CASES

## BAP Rule 8015(a)-1(b)

With respect to this appeal, the undersigned counsel for Appellant certifies that the following are known related cases and appeals:

(1) *In re Vikram Srinivasan*, Chapter 13 Case No. 25-bk-40628, United States Bankruptcy Court for the Northern District of California.

(2) *Vikram Srinivasan v. Milestone Financial, LLC,* 9th Circuit BAP Appeal No. 25-1122, United States Bankruptcy Appellate Panel of the Ninth Circuit

(3) *Vikram Srinivasan v. Milestone Financial, LLC,* 9th Circuit BAP Appeal No. 25-1160, United States Bankruptcy Appellate Panel of the Ninth Circuit

(4) *In re Beena Srinivasan*, Chapter 13 Case No. 25-bk-40627, United States Bankruptcy Court for the Northern District of California.

(5) *Beena Srinivasan v. Milestone Financial, LLC,* 9th Circuit BAP Appeal No. 25-1119, United States Bankruptcy Appellate Panel of the Ninth Circuit

(6) *Beena Srinivasan v. Milestone Financial, LLC,* 9th Circuit BAP Appeal No. 25-1156, United States Bankruptcy Appellate Panel of the Ninth Circuit

Dated: October 8, 2025　　　　　　SALVATO BOUFADEL LLP

　　　　　　　　　　　　　　　　*/s/ Joseph Boufadel*
　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Joseph Boufadel
　　　　　　　　　　　　　　　　Gregory M. Salvato

　　　　　　　　　　　　　　Attorneys for Appellant
　　　　　　　　　　　　　　BEENA SRINIVASAN

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, I filed the foregoing brief with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit Court of Appeals by using the CM/ECF Filing System.

I further certify that parties of record to this appeal who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served electronically through the CM/ECF Filing System.

Dated: October 8, 2025  SALVATO BOUFADEL LLP

By: */s/ Joseph Boufadel*
 _____
 Joseph Boufadel
 Gregory M. Salvato

Attorneys for Appellant
BEENA SRINIVASAN